JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIGNON JACKSON**, | Case No.: ED CV 18-827 DMG (JCx) |
| Plaintiff, | |
| v. | |
| | **JUDGMENT** |
| **LOEWS HOTELS, INC.**, | |
| Defendant. | |

The Court having granted Defendant Loews Hotels, Inc.'s motion to dismiss, without prejudice, for lack of subject matter jurisdiction, by order dated July 24, 2019 [Doc. # 31],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Mignon Jackson.

DATED:  July 24, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE